UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH HERBERT,         )<br>    *Plaintiff*,           )<br>                              )<br>    *vs*.                     )<br>                              )<br>INDIANA UNIVERSITY HEALTH,  )<br>    *Defendant*.          ) | 1:13-cv-176-JMS-TAB |

## DISMISSAL WITHOUT PREJUDICE

On June 4, 2013, the Court ordered Plaintiff to show cause by June 19, 2013 why the Court should not dismiss this action for failure to prosecute. [Dkt. 5.] The Court warned Plaintiff that failure to respond would be deemed consent to a dismissal without prejudice. [*Id.*] Because the deadline has passed and Plaintiff failed to respond, the Court **DISMISSES** this action **WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m).

06/26/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Electronic copy via CM/ECF:**

Michael Shaun Dalrymple
michaeld@dalrymple-law.com